IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02429-PAB-KLM

GEORGIA JAMES,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey insurance company, and
HCA HEALTH AND WELFARE BENEFITS PLAN,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant HCA Health and Welfare Benefits Plan's ("HCA") **Motion Seeking Permission to Appear at the Scheduling Conference by Telephone** [#24][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant HCA may appear by telephone at the Scheduling Conference on January 13, 2015 at 11:00 a.m. by dialing the Court at **303-335-2770**.  Defendant HCA's counsel must initiate a conference call between himself and Defendant The Prudential Insurance Company of America's counsel before dialing the Court.

    Dated:  January 6, 2015

---

[1] "[#24]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Minute Order.