IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02429-PAB-KLM

GEORGIA JAMES,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey insurance company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Stay All Proceedings and Notice of Settlement** [#33][1] (the "Motion"). In the Motion, Plaintiff explains that "[t]he parties have reached a settlement agreement that will dispose [of] all issues currently pending before the Court, and the settlement agreement resolves all matters in controversy between the parties." *Motion* [#33] at 1. Plaintiff notes that the parties intend to file dismissal papers within 21 days. *Id.* at 2. The only pending deadlines in this case are the briefing deadlines set by the Court during the Scheduling/Case Management Conference on January 14, 2015. Accordingly, rather than entering a stay, the Court will vacate the briefing deadlines and set a deadline for the parties to file dismissal papers. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED in part**.

    IT IS FURTHER **ORDERED** that the briefing deadlines set at the January 14, 2015 Scheduling/Case Management Conference, *see Courtroom Minutes* [#31] at 1-2, are **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **May 8, 2015**.

    Dated: April 17, 2015

---

[1] "[#33]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.