IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02429-PAB-KLM

GEORGIA JAMES,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Insurance
Company,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

      This matter is before the Court on the remaining parties' Joint Stipulation of
Dismissal [Docket No. 38].

      The stipulation invokes Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which
provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a
stipulation of dismissal signed by all parties who have appeared." (emphasis added).
The stipulation was not signed "by all parties who have appeared" (Fed. R. Civ. P.
41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th
Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared"
includes both current and former parties)) and therefore does not, by itself, serve to
dismiss this action.  The Court, however, having reviewed the stipulation, finds that
dismissal is appropriate.

      Furthermore, "[*u*]nless the notice or stipulation states otherwise, the dismissal is
without prejudice."  Fed. R. Civ. P. 41(a)(1)(B) (emphasis added).  Here, however, the
parties have agreed to the dismissal of this action with prejudice.  Therefore, the case
was dismissed with prejudice as of the entry of the parties' joint stipulation of dismissal
with prejudice.  No order of dismissal is necessary.

      DATED May 13, 2015.